**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KATHLEEN A. HOLBROOK, individually** : | **CIVIL ACTION NO.:** |
| **and on behalf of other similarly situated** : | |
| **individuals** : | **3:06 CV 01232 (VLB)** |
|          **Plaintiff** : | |
| : | |
|      - against - : | |
| : | |
| **SMITH & HAWKEN, LTD.** : | |
|          **Defendant.** : | **[DATE]** |

## NOTICE OF PENDING OVERTIME WAGE LAWSUIT

**To:** **All persons who were employed in the position of Assistant Store Manager ("ASM") by Smith & Hawken, Ltd. any time after October 11, 2004.**

**Re:** **Overtime Wage Litigation**

### Introduction

The purpose of this Notice is to inform you of the existence of a lawsuit which you may be entitled to join, to advise you of how your rights may be affected by this lawsuit if you choose to join, and to instruct you on the procedure for participating in this lawsuit if you choose to do so. This Notice has been sent out under the authority of the Court. This Notice is not an expression by the Court of any opinion as to the merits of any claims or defenses asserted by any party to this action. You are not required to join this lawsuit.

### Description Of The Lawsuit

On August 8, 2006, Kathleen Holbrook brought this lawsuit against Smith & Hawken, Ltd. ("S&H") on behalf of herself and all other past and present individuals who worked for S&H as Assistant Store Managers ("ASMs"). Specifically, Ms. Holbrook claims that she and all other ASMs were entitled to overtime wages under federal law but were not paid such overtime wages. The lawsuit

also seeks additional compensation, prejudgment interest and attorneys' fees and costs.

S&H denies any wrongdoing or liability and vigorously contests all claims that have been asserted.  S&H contends that all ASMs properly were classified as "exempt," and therefore are not entitled to any additional overtime compensation.

## Composition Of The Class

Ms. Holbrook seeks to recover under the Fair Labor Standards Act ("FLSA") on behalf herself and all other persons employed by S&H as Assistant Store Managers at any time after October 11, 2004, who worked more than forty (40) hours in at least one week during their employment, and who were not paid overtime compensation for hours worked in excess of forty hours in any given week.

## Your Right To Participate In The FLSA Portion Of This Suit

If you fit the definition above, you may join the FLSA portion of this suit by mailing the enclosed "Consent To Become Party Plaintiff" form to the following address:

> **Attorney Anthony J. Pantuso, III**
> **The Pantuso Law Firm, LLC**
> **204 Broad Street**
> **Second Floor**
> **Milford, CT 06460**

The form must be filed with the Court no later than **January 8, 2007.**  If you fail to return the "Consent To Become Party Plaintiff" form in time to be filed with the Court by January 8, 2008,, you may not be able to participate in the lawsuit.

## Effect Of Joining This Suit

If you return the "Consent To Become Party Plaintiff" form attached to this Notice, you are agreeing to designate Ms. Holbrook as your agent to make decisions on your behalf concerning this lawsuit, the method and manner of conducting this lawsuit, the entering of an agreement with Class

Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by Ms. Holbrook will be binding on you if you join this lawsuit. You also will be bound by the decision of the Court, whether it is favorable or unfavorable.

Ms. Holbrook's attorneys ("Class Counsel") are being paid on a contingency fee basis, which means that if there is no recovery there will be no attorneys' fee. If the class prevails in this litigation, Class Counsel will request that the Court either determine or approve the amount of attorneys' fee and costs they are entitled to receive for their services.

**If you choose to join this lawsuit, you may be asked to produce documents, provide written information concerning your employment with S&H, you may be subject to a deposition, and you may be called to testify at hearings and/or trial.**

## No Legal Effect In Not Joining This Suit

If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in the lawsuit, whether favorable or unfavorable to the class. If you choose not to join in this lawsuit, you are free to retain your own attorney and file your own lawsuit under the FLSA.

## No Retaliation Permitted

**Federal law prohibits S&H or anyone acting on its behalf, from discharging or in any other manner discriminating or retaliating against you because you have exercised your rights under the FLSA to join this lawsuit and seek overtime compensation.**

## Your Legal Representatives If You Join

If you choose to join this lawsuit and agree to be represented by Ms. Holbrook, through her attorneys, your counsel in this action will be:

| | |
|---|---|
| Richard E. Hayber | Anthony J. Pantuso, III |
| The Hayber Law Firm, LLC | The Pantuso Law Firm, LLC |
| 221 Main Street, Suite 400 | 204 Broad Street, Second Floor |
| Hartford , CT 06106 | Milford, CT 06460 |
| Phone: (860) 522-8888 | Phone:  (203) 876-0000 |
| Fax: (860) 240-7945 | Fax:  (203) 877-1839 |
| E-Mail: rhayber@hayberlawfirm.com | E-Mail: apantuso@pantusolaw.com |
| www.hayberlawfirm.com | www.pantusolaw.com |

## **Further Information**

Further information about this Notice, the deadline for filing a "Consent To Become Party Plaintiff," or questions concerning this lawsuit may be obtained by writing, phoning, or sending an e-mail to either of the attorneys listed above at the numbers or addresses stated above.  **DO NOT CONTACT THE COURT DIRECTLY.**